| | | |
|---|---|---|
| United States District Court | | Southern District of Texas |

KI Ventures, LLC, § 
§
　　　　Plaintiff, §
§
versus § Civil Action H-13-1407
§
Fry's Electronics, Inc., *et al.*, §
§
　　　　Defendants. §

## Order on Confusion

By September 9, 2013, KI Ventures, LLC, must give Fry's Electronics, Inc., and CTA Digital, Inc., an amended claim construction that explains how their products infringe its patent.

Signed on August 30, 2013, at Houston, Texas.

　　　　　　　　　　　　　　　　　　Lynn N. Hughes
　　　　　　　　　　　　　　　　United States District Judge