| United States District Court | Southern District of Texas |
|---|---|

KI Ventures, LLC, § 
§ 
§ Plaintiff, § 
§ 
versus § Civil Action H-13-1407
§ 
Fry's Electronics, Inc., et al., § 
§ 
§ Defendants. §

## Final Dismissal

1. Under rule 11 of the Federal Rules of Civil Procedure and the inherent power of this court, the claims of KI Ventures, LLC, against Fry's Electronics, Inc., and CTA Digital, Inc., are dismissed with prejudice.

2. Despite being ordered three times, KI Ventures still has not precisely explained how Fry's and CTA Digital infringed its patent.

Signed on November 18, 2013, at Houston, Texas.

Lynn N. Hughes
United States District Judge