UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| KI VENTURES, LLC, ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 4:13-cv-01407 |
| v. ) | |
| ) | JUDGE LYNN N. HUGHES |
| ) | |
| FRY'S ELECTRONICS, INC. and ) | JURY TRIAL DEMANDED |
| CTA DIGITAL, INC., ) | |
| Defendants. ) | |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiff KI Ventures, LLC, in the above named case, hereby appeals to the United States Court of Appeals for the Federal Circuit from the Final Judgment entered in this action, on the 18th day of November, 2013 (Doc. No. 43) and the Minute Order describing it (Doc. No. 41) dated November 15, 2013, issued from this Court in the Southern District of Texas, Houston Division.  The appropriate fees are tendered with this Notice of Appeal.

Date:   December 11, 2013                                   Respectfully submitted,

Ramey & Browning, PLLC

/s/ William P. Ramey, III_____

Federal Bar No. 27206
Texas State Bar No. 24027643
5020 Montrose Blvd., Suite 750
Houston, Texas 77006
(713) 426-3923 (Telephone)
(832) 900-4941 (Facsimile)
wramey@rameybrowning.com

**Attorneys for Plaintiff**

1

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served on the following counsel through the Court's ECF system this 11th day of December, 2013. Additionally, four (4) copies of this Notice of Appeal have been filed with the Court.

| | |
|---|---|
| Peter L. Berger | ___ Certified Mail, Return Receipt Requested |
| Levisohn Berger LLP | ___ Certified Mail, Return Receipt Requested |
| 11 Broadway, Suite 615 | ___ By Messenger |
| New York, NY 10004 | ___ Facsimile Transfer |
| Tele: 212-486-7272 ext. 302 | ___ Regular Mail |
| Fax: 212-486-0323 | _X_ ECF |
| Email: pberger@llbl.com | ___Email |

Tom Adolph
Adolph Locklar
4615 Southwest Freeway, Suite 630
Houston, Texas 77027
Ph: 281-974-3458
Fax: 832-830-8958
Adolph@adolphlocklar.com

/s/ William P. Ramey, III