FORM 7.  Appeal Information Sheet

# FEDERAL CIRCUIT APPEAL INFORMATION SHEET

[✓] United States District Court for the  US District Court (SDTX)
[ ] United States Court of International Trade
[ ] United States Court of Federal Claims
[ ] United States Court of Appeals for Veterans Claims

Type of case: 28:1331

KI Ventures, LLC  v. Fry's Electric, Inc and CTA Digital, Inc

(List all parties. Use an asterisk to indicate dismissed or withdrawn parties. Use a separate sheet if needed. Explain any discrepancy with the caption used on the judgment, order, or opinion.)

Docket No. 4:13cv1407                Date of Judgment or Order  11/18/2013
Cross or related appeal? N/A         Date of Notice of Appeal   12/11/2013
Appellant is:  [ ] Plaintiff  [ ] Defendant  [ ] Other (explain) _____
FEES:   Court of Appeals docket fee paid?   [✓] Yes   [ ] No
        U.S. Appeal?                         [✓] Yes   [ ] No
        In forma pauperis?                   [ ] Yes   [ ] No
Is this matter under seal?   [ ] Yes   [✓] No

COUNSEL: (List name, firm, address, and telephone of lead counsel for each party. Indicate party represented. Use separate sheet if needed.)

SEE DOCKET SHEET
ATTACHED.

COURT REPORTER: (Name and telephone): _____

IMPORTANT: Attach a copy of the judgment or order appealed from and any supporting opinion or memorandum. Forward together with a copy of the notice of appeal and certified docket entries.

Clerk of Court
United States Court of Appeals for the Federal Circuit
717 Madison Place, NW
Washington, DC  20439